(Official Form 1) (12/03)

| FORM B1 | **United States Bankruptcy Court**<br>Middle District of Florida, Tampa Division | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**eSmokes, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**DBA eSmokes.com** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**59-3587018** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**35111 US 19 N.**<br>**Suite 207**<br>**Palm Harbor, FL 34684** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:     **Pinellas** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual(s)    ☐ Railroad<br>■ Corporation    ☐ Stockbroker<br>☐ Partnership    ☐ Commodity Broker<br>☐ Other_____    ☐ Clearing Bank | | ☐ Chapter 7    ■ Chapter 11    ☐ Chapter 13<br>☐ Chapter 9    ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☐ Consumer/Non-Business    ■ Business | ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

| **Statistical/Administrative Information** (Estimates only) | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ■ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>  **eSmokes, Inc.** | **FORM B1**, Page 2 |
|---|---|---|

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**ESM Holdings, Inc.** | Case Number: | Date Filed: |
|---|---|---|
| District:<br>**Middle District of Florida, Tampa Division** | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
   Signature of Debtor

**X** _____
   Signature of Joint Debtor

_____
   Telephone Number (If not represented by attorney)

_____
   Date

**Signature of Attorney**

**X**  **/s/ Charles A. Postler, Bar No. 455318**
   Signature of Attorney for Debtor(s)
   **Charles A. Postler, Bar No. 455318**
   Printed Name of Attorney for Debtor(s)
   **STICHTER, RIEDEL, BLAIN & PROSSER, P.A.**
   Firm Name
   **110 E. Madison St., #200**
   **Tampa, FL 33602**
   Address
   **(813) 229-0144  Fax: (813) 229-1811**
   Telephone Number
   **May 3, 2005**
   Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**  **/s/ Scott Welker**
   Signature of Authorized Individual
   **Scott Welker**
   Printed Name of Authorized Individual
   **President**
   Title of Authorized Individual
   **May 3, 2005**
   Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

■ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

**X** _____
   Signature of Attorney for Debtor(s)      Date

**Exhibit C**

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

**X** _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

In re    **eSmokes, Inc.**                      ,       Case No. _____

                   Debtor

Chapter _____ **11** _____

## Exhibit "A" to Voluntary Petition

1. If any of debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is __**N/A**_____.

2. The following financial data is the latest available information and refers to debtor's condition on _____.

| | | |
|---|---|---|
| a. Total assets | $ | **0.00** |
| b. Total debts (including debts listed in 2.c.,below) | $ | **0.00** |

                                          Approximate number of holders

c. Debt securities held by more than 500 holders.

| | | | | Approximate number of holders |
|---|---|---|---|---|
| secured / / | unsecured / / | subordinated / / | $ **0.00** | **0** |
| secured / / | unsecured / / | subordinated / / | $ **0.00** | **0** |
| secured / / | unsecured / / | subordinated / / | $ **0.00** | **0** |
| secured / / | unsecured / / | subordinated / / | $ **0.00** | **0** |
| secured / / | unsecured / / | subordinated / / | $ **0.00** | **0** |

| | | |
|---|---|---|
| d. Number of shares of preferred stock | **0** | **0** |
| e. Number of shares of common stock | **0** | **0** |

     Comments, if any:

3. Brief description of debtor's business:

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

**Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**
# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

In re    **eSmokes, Inc.**          Case No. _____
                  Debtor(s)     Chapter    **11** _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, or disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Silverberg Goldman & Bikoff, LLP<br>1101 30th Street, N.W.<br>Georgetown Plaza<br>Washington, DC 20007 | Silverberg Goldman & Bikoff, LLP<br>1101 30th Street, N.W.<br>Georgetown Plaza<br>Washington, DC 20007 | | | 188,950.46 |
| Axton Candy & Tobacco, LLC<br>P.O. Box 32219<br>Louisville, KY 40232-2219 | Axton Candy & Tobacco, LLC<br>P.O. Box 32219<br>Louisville, KY 40232-2219 | | | 163,477.69 |
| Gordon & Rees, LLP<br>275 Battery Street<br>20th Floor<br>San Francisco, CA 94111 | Gordon & Rees, LLP<br>275 Battery Street<br>20th Floor<br>San Francisco, CA 94111 | | | 141,458.31 |
| C & B Distributors<br>P.O. Box 275<br>201 South Main Street<br>Lowell, NC 28098 | C & B Distributors<br>P.O. Box 275<br>201 South Main Street<br>Lowell, NC 28098 | | | 100,017.93 |
| Cox's Smokers Outlet IX, LLC<br>410 Commercial Drive<br>Suite 101<br>Louisville, KY 40223 | Cox's Smokers Outlet IX, LLC<br>410 Commercial Drive<br>Suite 101<br>Louisville, KY 40223 | | | 16,520.00 |
| MacFarlane Ferguson & McMullen<br>P.O. Box 1531<br>Tampa, FL 33601 | MacFarlane Ferguson & McMullen<br>P.O. Box 1531<br>Tampa, FL 33601 | | | 15,537.04 |
| Sharp and Harrison<br>4890 W. Kennedy Blvd. #900<br>Tampa, FL 33609 | Sharp and Harrison<br>4890 W. Kennedy Blvd. #900<br>Tampa, FL 33609 | | | 9,184.13 |
| Homburger<br>Weinbergstrasse 56/58<br>CH-8006 Zurich<br>SWITZERLAND | Homburger<br>Weinbergstrasse 56/58<br>CH-8006 Zurich | | | 7,199.30 |
| U-Line<br>Accounts Receivable Dept<br>2200 S. Lakeside Drive<br>Waukegan, IL 60085 | U-Line<br>Accounts Receivable Dept<br>2200 S. Lakeside Drive<br>Waukegan, IL 60085 | | | 4,563.27 |
| Overture Services, Inc.<br>P.O. Box 89-4147<br>Los Angeles, CA 90189-4147 | Overture Services, Inc.<br>P.O. Box 89-4147<br>Los Angeles, CA 90189-4147 | | | 3,273.60 |
| Patrick L. Jones<br>1348 Chetworth Court<br>Alexandria, VA 22314 | Patrick L. Jones<br>1348 Chetworth Court<br>Alexandria, VA 22314 | | | 3,000.00 |

In re **eSmokes, Inc.**                                                                Case No. _____
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, or disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Chambers Container Company P.O. Box 1000 Dept 482 Memphis, TN 38148-0482 | Chambers Container Company P.O. Box 1000 Dept 482 Memphis, TN 38148-0482 | | | 2,541.55 |
| StaffMasters Inc. P.O. Box 890451 Charlotte, NC 28289-0451 | StaffMasters Inc. P.O. Box 890451 Charlotte, NC 28289-0451 | | | 2,471.97 |
| Xspedius Communications 8115 Innovation Way Chicago, IL 60682-0081 | Xspedius Communications 8115 Innovation Way Chicago, IL 60682-0081 | | | 2,307.57 |
| Zippo Manufacturing Company P.O. Box 360374 Pittsburgh, PA 15251 | Zippo Manufacturing Company P.O. Box 360374 Pittsburgh, PA 15251 | | | 1,810.50 |
| Innovation Ads, Inc. 477 South Rosemary Avenue Suite 301 West Palm Beach, FL 33401 | Innovation Ads, Inc. 477 South Rosemary Avenue Suite 301 West Palm Beach, FL 33401 | | | 1,669.00 |
| E Solutions Corporation P.O. Box 82580 Tampa, FL 33682-2580 | E Solutions Corporation P.O. Box 82580 Tampa, FL 33682-2580 | | | 1,434.60 |
| Discount Cigarettes Shopping Guide 1387 N. Crestmont Drive Meridian, ID 83642 | Discount Cigarettes Shopping Guide 1387 N. Crestmont Drive Meridian, ID 83642 | | | 1,400.00 |
| Verizon Online P.O. Box 12045 Trenton, NJ 08650 | Verizon Online P.O. Box 12045 Trenton, NJ 08650 | | | 1,367.96 |
| Tobacco Outlet Products 6401 Carmel Road Suite 205 Charlotte, NC 28226 | Tobacco Outlet Products 6401 Carmel Road Suite 205 Charlotte, NC 28226 | | | 1,322.50 |

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date **May 3, 2005**                           Signature **/s/ Scott Welker**
                                                        **Scott Welker**
                                                        **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2004 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

In re    **eSmokes, Inc.**

Case No. _____

Debtor

Chapter _____**11**_____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 534,312.17 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 25 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 25 | | 679,705.64 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 59 | | | |
| Total Assets | | | 534,312.17 | | |
| Total Liabilities | | | | 679,705.64 | |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re    **eSmokes, Inc.**                ,      Case No. _____

                        Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

   **0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

In re   **eSmokes, Inc.**                                                              ,   Case No. _____

Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **AmSouth** | - | **400,112.06** |
| | | | **SouthTrust #8719** | - | **939.34** |
| | | | **Bank of St. Petersburg #4715** | - | **2,500.00** |
| | | | **Wachovia #5052** | - | **25.22** |
| | | | **Wachovia #3851** | - | **66.20** |
| | | | **Wachovia #0344** | - | **16.41** |
| | | | **Wachovia #6376** | - | **182.17** |
| | | | **SouthTrust #8708** | - | **499.79** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **Reston, VA landlord deposit** | - | **15,985.00** |
| | | | **UPS** | - | **50,000.00** |
| | | | **Misc. utility deposits** | - | **642.98** |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |

|  | Sub-Total > | **470,969.17** |
|---|---|---|
| | (Total of this page) | |

__3__  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

In re        **eSmokes, Inc.**                                                                  ,        Case No. _____
                                                                                      Debtor

## SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **ESM Holdings, Inc. - 100%** | - | 0.00 |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |

Sub-Total >        **0.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re **eSmokes, Inc.** ,  Case No. _____

Debtor

## SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | | **Domain Names** | - | **Undetermined** |
| | | **Software** | - | **Undetermined** |
| | | **Customer lists** | - | **Undetermined** |
| | | **Website development** | - | **Undetermined** |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | **Kentucky, North Carolina, Florida and W. Virginia office furnishings, computers, software** | - | **25,195.00** |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | | **North Carolina inventory** | - | **5,000.00** |
| | | **Kentucky inventory** | - | **0.00** |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |

Sub-Total > **30,195.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re      **eSmokes, Inc.**                                        ,      Case No. _____

Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | | **Prepaid federal and state taxes** | - | **30,668.00** |
| | | **Prepaid insurance** | - | **2,480.00** |

| | |
|---|---|
| Sub-Total > (Total of this page) | **33,148.00** |
| Total > | **534,312.17** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                     Best Case Bankruptcy

In re    **eSmokes, Inc.**                                                                    ,          Case No. _____
                                                    Debtor

## SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
*[Check one box]*
☐ 11 U.S.C. §522(b)(1):   Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.
☐ 11 U.S.C. §522(b)(2):   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
| --- | --- | --- | --- |

**None.**

___0___  continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

Form B6D
(12/03)

In re    **eSmokes, Inc.**                                                    ,        Case No. _____

Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

■    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

**0**___ continuation sheets attached

|  | Subtotal (Total of this page) | |
|---|---|---|
| | Total (Report on Summary of Schedules) | **0.00** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Form B6E
(04/04)

In re    **eSmokes, Inc.**                                                    ,     Case No. _____
                                          Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority,  listed separately by type of priority,  is to be set forth on the sheets provided.  Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

■  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐  **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐  **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

■  **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**24**_____  continuation  sheets  attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                        Best Case Bankruptcy

Form B6E - Cont.
(04/04)

In re   **eSmokes, Inc.**_____,   Case No. _____
                           Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

_____**Wages, salaries, and commissions**_____

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Stephen Hove** <br>**35111 US 19 N. #207** <br>**Palm Harbor, FL 34684** | - | | | | | | **Undetermined** | **Undetermined** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __**1**___ of __**24**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)          **0.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6E - Cont.
(04/04)

In re __**eSmokes, Inc.**_____,    Case No. _____
                                          Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**
_____

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **Alabama Dept of Revenue Sales, Use & Business Tax Division Tobacco Tax Section P.O. Box 327555 Montgomery, AL 36132-7555** | | - | | | | | **Undetermined** | **Undetermined** |
| Account No. | | | | | | | | |
| **Alabama Dept of Revenue 50 North Ripley Street Montgomery, AL 36132** | | - | | | | | **Undetermined** | **Undetermined** |
| Account No. | | | | | | | | |
| **Alabama State Taxation Department Tobacco Tax Division P.O. Box 327555 Montgomery, AL 36132** | | - | | | | | **Undetermined** | **Undetermined** |
| Account No. | | | | | | | | |
| **Alaska Dept of Revenue Admistrative Services Division 11th Floor State Office Building 333 Willoughby Avenue Juneau, AK 99811-0410** | | - | | | | | **Undetermined** | **Undetermined** |
| Account No. | | | | | | | | |
| **Alaska Dept of Revenue Tobacco Tax Division 550 West 7th Avenue Suite 500 Anchorage, AK 99501** | | - | | | | | **Undetermined** | **Undetermined** |

Sheet __**2**___ of __**24**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)        **0.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6E - Cont.
(04/04)

In re    **eSmokes, Inc.**
_____ ,    Case No. _____
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**
_____
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **Arizona Dept of Revenue 1600 West Monroe Phoenix, AZ 85007** | - | | | | | | **Undetermined** | **Undetermined** |
| Account No. | | | | | | | | |
| **Arizona Dept of Revenue Tobacco Tax Department 1600 West Monroe Phoenix, AZ 85007** | - | | | | | | **Undetermined** | **Undetermined** |
| Account No. | | | | | | | | |
| **Arkansas Dept of Revenue Tobacco Tax Division P.O. Box 896 Little Rock, AR 72203** | - | | | | | | **Undetermined** | **Undetermined** |
| Account No. | | | | | | | | |
| **Arkansas Office of State Revenue Administration Regland Building, Room 2062 P.O. Box 1272 Little Rock, AR 72203** | - | | | | | | **Undetermined** | **Undetermined** |
| Account No. | | | | | | | | |
| **California State Board of Equalization 450 N Street Sacramento, CA 94279-0001** | - | | | | | | **Undetermined** | **Undetermined** |

Sheet ___3___ of ___24___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)           **0.00**

Form B6E - Cont.
(04/04)

In re **eSmokes, Inc.** , Case No. _____
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No.<br><br>**California State Board of Taxation<br>Dept of Excise Tax & Fees<br>MIC 51 -- Attn: Vic Day<br>P.O. Box 942879<br>Sacramento, CA 94279-0056** | - | | | | | | | **Undetermined** | **Undetermined** |
| Account No.<br><br>**Colorado Dept of Revenue<br>Executive Director's Office<br>1375 Sherman Street<br>Room 409<br>Denver, CO 80261** | - | | | | | | | **Undetermined** | **Undetermined** |
| Account No.<br><br>**Colorado Dept of Revenue<br>Attn: Donna Reyman<br>Tobacco Tax Division<br>1375 Sherman St., Rm 208<br>Denver, CO 80216** | - | | | | | | | **Undetermined** | **Undetermined** |
| Account No.<br><br>**Commonwealth of Massachusetts<br>Department of Revenue<br>P.O. Box 7010<br>Boston, MA 02204** | - | | | | | | | **Undetermined** | **Undetermined** |
| Account No.<br><br>**Comptroller of Maryland<br>Revenue Administration Division<br>110 Carroll Street<br>Annapolis, MD 21411** | - | | | | | | | **Undetermined** | **Undetermined** |

Sheet __4__ of __24__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page) **0.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6E - Cont.
(04/04)

In re    **eSmokes, Inc.**                                                      ,     Case No. _____
                                        Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Comptroller of Maryland Revenue Administration Division 110 Carroll Street Annapolis, MD 21411** | - | | | | | | **Undetermined** | **Undetermined** |
| Account No. <br><br> **Connecticut Department of Revenue Services 25 Sigourney Street Hartford, CT 06106-5032** | - | | | | | | **Undetermined** | **Undetermined** |
| Account No. <br><br> **Connecticut Dept of Revenue Attn: Christine Bacon 25 Sigourney Street 17th Floor Audit Department Hartford, CT 06106** | - | | | | | | **Undetermined** | **Undetermined** |
| Account No. <br><br> **Delaware Department of Finance Division of Revenue Carvel State Office Building 820 N. French St., 8th Floor Wilmington, DE 19801** | - | | | | | | **Undetermined** | **Undetermined** |
| Account No. <br><br> **Delaware Dept of Revenue Tobacco Tax Division Attn: Gene Davis 820 North French Street Wilmington, DE 19801** | - | | | | | | **Undetermined** | **Undetermined** |

Sheet __5__ of __24__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6E - Cont.
(04/04)

In re    **eSmokes, Inc.**
_____,    Case No. _____
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | | | | | |
| Account No. **Department of Revenue Cigarette Excise Unit Attn: Carmine Santoro, Supervisor P.O. Box 7004 Boston, MA 02204** | - | | | | | | **Undetermined** | **Undetermined** |
| Account No. **Department of Tax Administration 12000 Government Center Parkway Fairfax, VA 22035** | - | | | | | | **Undetermined** | **Undetermined** |
| Account No. **Federal Bureau of Alcohol, Tobacco Firearms and Explosives Office of Public & Governmental Affairs 650 Massachusetts Ave. NW, Rm 8290 Washington, DC 20226** | - | | | | | | **Undetermined** | **Undetermined** |
| Account No. **Florida Dept of Revenue 1379 Blountstown Highway Tallahassee, FL 32304-2716** | - | | | | | | **Undetermined** | **Undetermined** |
| Account No. **Florida Division of Alcohol and Tobacco - Room 709 400 West Robinson Street North Tower, Hurston Bldg. Orlando, FL 32801** | - | | | | | | **Undetermined** | **Undetermined** |

Sheet __6__ of __24__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)    **0.00**

Form B6E - Cont.
(04/04)

In re    **eSmokes, Inc.**                                          ,    Case No. _____
                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Gaston County Tax Office P.O. Box 1578 410D West Franklin Blvd. Gastonia, NC 28053-1578** | | - | | | | | **Undetermined** | **Undetermined** |
| Account No. **Georgia Dept of Revenue 1800 Century Center Blvd, N.E. Atlanta, GA 30345-3205** | | - | | | | | **Undetermined** | **Undetermined** |
| Account No. **Georgia Dept of Revenue Alcohol & Tobacco Division 1800 Century Blvd. N.E. Room 4235 Atlanta, GA 30359** | | - | | | | | **Undetermined** | **Undetermined** |
| Account No. **Hawaii Dept of Taxation Attn: Mr. Kawafuchi P.O. Box 259 Honolulu, HI 96809** | | - | | | | | **Undetermined** | **Undetermined** |
| Account No. **Idaho State Tax Commission P.O. Box 36 Boise, ID 83722-0410** | | - | | | | | **Undetermined** | **Undetermined** |

Sheet __7__ of __24__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)          **0.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6E - Cont.
(04/04)

In re    **eSmokes, Inc.**                                                                              ,    Case No. _____
                                                          Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Idaho State Taxing Authority Attn: Don Anderson P.O. Box 36 Boise, ID 83722** | - | | | | | | **Undetermined** | **Undetermined** |
| Account No. **Illinois Dept of Revenue Williard Ice Building 101 West Jefferson Street Springfield, IL 62702** | - | | | | | | **Undetermined** | **Undetermined** |
| Account No. **Illinois Dept of Revenue Attn: Brian Spelman, 3-231 P.O. Box 19039 Springfield, IL 62794-9039** | - | | | | | | **Undetermined** | **Undetermined** |
| Account No. **Illinois Dept of Revenue James R. Thompson Center 100 West Randolph Street Chicago, IL 60601-3274** | - | | | | | | **Undetermined** | **Undetermined** |
| Account No. **Indiana Dept of Revenue Criminal Investigation Division Indiana Govt Center North 100 N. Senate Ave., Rm N181 Indianapolis, IN 46204** | - | | | | | | **Undetermined** | **Undetermined** |

Sheet __**8**__ of __**24**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)           **0.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Form B6E - Cont.
(04/04)

In re **eSmokes, Inc.**                                              , Case No. _____
                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Indiana Dept of Revenue** <br>**100 North Senate Avenue** <br>**Indianapolis, IN 46204** | - | | | | | | **Undetermined** | **Undetermined** |
| Account No. <br><br>**Indiana Dept of Revenue** <br>**Attn: Don Atteberry** <br>**100 North Senate Avenue** <br>**Room N-428** <br>**Indianapolis, IN 46204** | - | | | | | | **Undetermined** | **Undetermined** |
| Account No. <br><br>**Internal Revenue Service** <br>**Spec Proc Br MC 5720 P&I I** <br>**400 W. Bay St., Ste 35045, Bkcy Sect** <br>**Jacksonville, FL 32202-4437** | - | | | | | | **Undetermined** | **Undetermined** |
| Account No. <br><br>**Iowa Dept of Revenue** <br>**P.O. Box 10457** <br>**Des Moines, IA 50306-0457** | - | | | | | | **Undetermined** | **Undetermined** |
| Account No. <br><br>**Iowa Dept of Revenue** <br>**P.O. Box 10456** <br>**Des Moines, IA 50306** | - | | | | | | **Undetermined** | **Undetermined** |

Sheet __9__ of __24__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                                        Best Case Bankruptcy

Form B6E - Cont.
(04/04)

In re      **eSmokes, Inc.**                                                                  ,          Case No. _____
                                         Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Jefferson County Tax Office<br>531 Ct. Pl. Ste. 406<br>Louisville, KY 40202-3321** | - | | | | | | **Undetermined** | **Undetermined** |
| Account No.<br><br>**Kansas Dept of Revenue<br>Docking State Office Building<br>915 S.W. Harrison Street<br>Topeka, KS 66612** | - | | | | | | **Undetermined** | **Undetermined** |
| Account No.<br><br>**Kansas Dept of Revenue<br>Attn: Cigarette Tax Dept<br>915 S.W. Harrison<br>Topeka, KS 66625-2073** | - | | | | | | **Undetermined** | **Undetermined** |
| Account No.<br><br>**Kentucky Dept of Revenue<br>200 Fair Oaks Lane<br>Frankfort, KY 40620** | - | | | | | | **Undetermined** | **Undetermined** |
| Account No.<br><br>**Kentucky Dept of Revenue<br>P.O. Box 1301<br>Station 6B<br>Frankfort, KY 40602** | - | | | | | | **Undetermined** | **Undetermined** |

Sheet __10__ of __24__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)          **0.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6E - Cont.
(04/04)

In re  **eSmokes, Inc.**                                            , Case No. _____
                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Louisiana Dept of Revenue <br>617 North Third Street <br>Baton Rouge, LA 70821** | - | | | | | | **Undetermined** | **Undetermined** |
| Account No. <br><br>**Louisiana Dept of Revenue <br>Tobacco Tax Division <br>P.O. Box 201 <br>Baton Rouge, LA 70821** | - | | | | | | **Undetermined** | **Undetermined** |
| Account No. <br><br>**Maine Revenue Services <br>24 State House Station <br>Augusta, ME 04333-0024** | - | | | | | | **Undetermined** | **Undetermined** |
| Account No. <br><br>**Maine Revenue Services <br>Cigarette Tax Division <br>P.O. Box 1065 <br>Augusta, ME 04330** | - | | | | | | **Undetermined** | **Undetermined** |
| Account No. <br><br>**Maryland Tobacco Tax Admr <br>P.O. Box 2999 <br>Annapolis, MD 21401** | - | | | | | | **Undetermined** | **Undetermined** |

Sheet __11__ of __24__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                                    **0.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6E - Cont.
(04/04)

In re    **eSmokes, Inc.**                                                                              ,    Case No. _____
                                                          Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Massachusetts Dept of Revenue Cigarette Tax Division P.O. Box 7004 Boston, MA 02204** | - | | | | | | **Undetermined** | **Undetermined** |
| Account No. **Michigan Department of Treasury Lansing, MI 48922** | - | | | | | | **Undetermined** | **Undetermined** |
| Account No. **Michigan Dept of Treasury Discovery & Tax Enforcement Division Attn: Russell Venaska P.O. Box 30140 Lansing, MI 48909** | - | | | | | | **Undetermined** | **Undetermined** |
| Account No. **Minnesota Dept of Revenue 600 North Robert Street Saint Paul, MN 55146** | - | | | | | | **Undetermined** | **Undetermined** |
| Account No. **Minnesota Dept of Revenue Special Tax Division Attn: Wayne Lang P.O. Box 7033 St. Paul, MN 55167** | - | | | | | | **Undetermined** | **Undetermined** |

Sheet __12__ of __24__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)        **0.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                          Best Case Bankruptcy

Form B6E - Cont.
(04/04)

In re    **eSmokes, Inc.**                                                          ,    Case No. _____
                                         Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Mississippi State Tax Authority**<br>**Attn: Ronnie Lynch**<br>**P.O. Box 1033**<br>**Jackson, MS 39215** | - | | | | | | **Undetermined** | **Undetermined** |
| Account No. <br><br>**Mississippi State Tax Commission**<br>**P.O. Box 1033**<br>**Jackson, MS 39215-1033** | - | | | | | | **Undetermined** | **Undetermined** |
| Account No. <br><br>**Missouri Dept of Revenue**<br>**Harry S. Truman State Office Bldg**<br>**301 West High Street**<br>**Jefferson City, MO 65101** | - | | | | | | **Undetermined** | **Undetermined** |
| Account No. <br><br>**Missouri Taxation and Collection Authority**<br>**Attn: Cigarette Tax Division**<br>**P.O. Box 811**<br>**Jefferson City, MO 65105** | - | | | | | | **Undetermined** | **Undetermined** |
| Account No. <br><br>**Montana Dept of Revenue**<br>**P.O. Box 1712**<br>**Helena, MT 59604** | - | | | | | | **Undetermined** | **Undetermined** |

Sheet __13__ of __24__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)          **0.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

Form B6E - Cont.
(04/04)

In re    **eSmokes, Inc.**                                                              ,    Case No. _____
                                                Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Montana Dept of Revenue Cigarette & Tobacco Tax Dept P.O. Box 1712 Helena, MT 59604** | - | | | | | | **Undetermined** | **Undetermined** |
| Account No. **Nebraska Dept of Revenue Nebraska State Office Building 301 Centennial Mall South Lincoln, NE 68509-4818** | - | | | | | | **Undetermined** | **Undetermined** |
| Account No. **Nebraska Dept of Revenue Tobacco Tax Division Attn:  Cliff Thomas P.O. Box 94818 Lincoln, NE 68509** | - | | | | | | **Undetermined** | **Undetermined** |
| Account No. **Nevada Dept of Taxation 1550 East College Parkway Suite 115 Carson City, NV 89706** | - | | | | | | **Undetermined** | **Undetermined** |
| Account No. **Nevada Dept of Taxation Attn:  Heidi Pettinger 1515 East College Park Carson City, NV 89706** | - | | | | | | **Undetermined** | **Undetermined** |

Sheet __14__ of __24__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                **0.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6E - Cont.
(04/04)

In re **eSmokes, Inc.** , Case No. _____
                                          Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. | | | | | | | | | | |
| **New Hampshire Dept of Revenue Administration 45 Chenell Drive Concord, NH 03302-0457** | - | | | | | | | | **Undetermined** | **Undetermined** |
| Account No. | | | | | | | | | | |
| **New Hampshire Dept of Revenue Tobacco Tax Administrator 45 Chenell Drive Concord, NH 03302** | - | | | | | | | | **Undetermined** | **Undetermined** |
| Account No. | | | | | | | | | | |
| **New Jersey Dept of Treasury Division of Taxation Attn:  Robert K. Thompson P.O. Box 264 Trenton, NJ 08695-0264** | - | | | | | | | | **Undetermined** | **Undetermined** |
| Account No. | | | | | | | | | | |
| **New Jersey Division of Revenue P.O. Box 628 Trenton, NJ 08646-0628** | - | | | | | | | | **Undetermined** | **Undetermined** |
| Account No. | | | | | | | | | | |
| **New Jersey Division of Taxation Attn:  Lois Holman Motor Fuel & Cigarette Tax Dept P.O. Box 189 Trenton, NJ 08695** | - | | | | | | | | **Undetermined** | **Undetermined** |

Sheet __15__ of __24__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page) | **0.00** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6E - Cont.
(04/04)

In re    **eSmokes, Inc.**
_____,    Case No. _____
Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**
_____

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **New Mexico Dept of Revenue Cigarette Tax Office P.O. Box 250123 Santa Fe, NM 87504** | - | | | | | | **Undetermined** | **Undetermined** |
| Account No. **New Mexico Taxation and Revenue Department 1100 South St. Francis Drive Santa Fe, NM 87504-0630** | - | | | | | | **Undetermined** | **Undetermined** |
| Account No. **New York Department of Taxation and Finance Building 9 W.A. Harriman Campus Albany, NY 12227** | - | | | | | | **Undetermined** | **Undetermined** |
| Account No. **New York Dept of Taxation & Finance Attn: Joseph Vanderlinden W.A. Harriman Campus TTTB- FACCTS- Desk Audit Albany, NY 12227** | - | | | | | | **Undetermined** | **Undetermined** |
| Account No. **North Carolina Dept of Revenue P.O. Box 25000 Raleigh, NC 27640-0640** | - | | | | | | **Undetermined** | **Undetermined** |

Sheet __16__ of __24__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)    **0.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Form B6E - Cont.
(04/04)

In re **eSmokes, Inc.**                                                                    , Case No. _____
                                      Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No.<br><br>**North Carolina Dept of Revenue**<br>**Attn: Dianna Lee**<br>**Tobacco Tax Unit**<br>**P.O. Box 25000**<br>**Raleigh, NC 27602** | - | | | | | | | **Undetermined** | **Undetermined** |
| Account No.<br><br>**North Dakota Office of**<br>**State Tax Commissioner**<br>**600 East Boulevard Avenue**<br>**Bismarck, ND 58505-0599** | - | | | | | | | **Undetermined** | **Undetermined** |
| Account No.<br><br>**North Dakota Office of**<br>**the State Taxation Dept**<br>**Attn: John Quinlan**<br>**600 East Boulevard**<br>**Bismarck, ND 58505** | - | | | | | | | **Undetermined** | **Undetermined** |
| Account No.<br><br>**Ohio Department of Taxation**<br>**Tax Commissioner's Office**<br>**30 East Broad Street**<br>**22nd Floor**<br>**Columbus, OH 43215** | - | | | | | | | **Undetermined** | **Undetermined** |
| Account No.<br><br>**Ohio Division of Excise**<br>**and Motor Fuel Tax**<br>**P.O. Box 530**<br>**Columbus, OH 43216-0530** | - | | | | | | | **Undetermined** | **Undetermined** |

Sheet __17__ of __24__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)         **0.00**

Form B6E - Cont.
(04/04)

In re  **eSmokes, Inc.**                                                      ,          Case No. _____
                                            Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **Oklahoma Dept of Revenue Tobacco Tax Division Attn:  Kay Burkhalter 3017 North Stiles Oklahoma City, OK 73194** | - | | | | | | | **Undetermined** | **Undetermined** |
| Account No. **Oklahoma Tax Commission P.O. Box 26920 Oklahoma City, OK 73126-0920** | - | | | | | | | **Undetermined** | **Undetermined** |
| Account No. **Oregon Dept of Revenue 955 Center Street N.E. Salem, OR 97301** | - | | | | | | | **Undetermined** | **Undetermined** |
| Account No. **Oregon Dept of Revenue Tobacco Tax Division Attn:  Roger Randolph 955 Center Street N.E. Salem, OR 97301** | - | | | | | | | **Undetermined** | **Undetermined** |
| Account No. **Pennsylvania Dept of Revenue 1133 Strawberry Square Harrisburg, PA 17128-1100** | - | | | | | | | **Undetermined** | **Undetermined** |

Sheet __18__ of __24__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)              **0.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6E - Cont.
(04/04)

In re   **eSmokes, Inc.**                                              ,           Case No. _____
                                                                Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | | | | | |
| Account No. **Pennsylvania Dept of Revenue Cigarette Tax - 9th Floor P.O. Box 280909 Harrisburg, PA 17128** | - | | | | | | **Undetermined** | **Undetermined** |
| Account No. **Pinellas County Property Appraiser Tangible Personal Property Department P.O. Box 1957 Clearwater, FL 33757-1957** | - | | | | | | **Undetermined** | **Undetermined** |
| Account No. **Rhode Island Dept of Revenue Division of Taxation One Capitol Hill Providence, RI 02908** | - | | | | | | **Undetermined** | **Undetermined** |
| Account No. **Rhode Island Division of Taxation One Capitol Hill Providence, RI 02908** | - | | | | | | **Undetermined** | **Undetermined** |
| Account No. **South Carolina Dept of Revenue 301 Gervais Street Columbia, SC 29214** | - | | | | | | **Undetermined** | **Undetermined** |

Sheet ___**19**___ of ___**24**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)            **0.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6E - Cont.
(04/04)

In re    **eSmokes, Inc.**                                                    , Case No. _____
                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**
_____

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **South Carolina Dept of Revenue Tobacco Tax Division P.O. Box 125 Columbia, SC 29214** | - | | | | | | **Undetermined** | **Undetermined** |
| Account No. **South Dakota Dept of Revenue and Regulation 445 East Capital Avenue Pierre, SD 57501-3185** | - | | | | | | **Undetermined** | **Undetermined** |
| Account No. **South Dakota Dept of Revenue Special Tax Dept 445 East Capitol Avenue Pierre, SD 57501** | - | | | | | | **Undetermined** | **Undetermined** |
| Account No. **Tennessee Dept of Revenue 500 Deaderick Street Nashville, TN 37242** | - | | | | | | **Undetermined** | **Undetermined** |
| Account No. **Tennessee Dept of Revenue Attn: Tobacco Tax Andrew Jackson Office Building 500 Deadarich Street Nashville, TN 37242** | - | | | | | | **Undetermined** | **Undetermined** |

Sheet __20__ of __24__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)          **0.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Form B6E - Cont.
(04/04)

In re    **eSmokes, Inc.**
_____,    Case No. _____
                                        Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**
_____
                                            TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Texas Comptroller of Public Accounts P.O. Box 13528, Capitol Station Austin, TX 78711-3528** | - | | | | | | **Undetermined** | **Undetermined** |
| Account No. <br><br> **Texas Dept of Revenue Attn: Tobacco Tax Section 111 East 17th Street Austin, TX 78774** | - | | | | | | **Undetermined** | **Undetermined** |
| Account No. <br><br> **U.S. Department of Justice 950 Pennsylvania Ave. NW Washington, DC 20530-0001** | - | | | | | | **Undetermined** | **Undetermined** |
| Account No. <br><br> **Utah Dept of Revenue Tobacco Tax Division Attn: Andy Koffman 210 North 1950 West Salt Lake City, UT 84134** | - | | | | | | **Undetermined** | **Undetermined** |
| Account No. <br><br> **Utah State Tax Commission 210 North 1950 West Salt Lake City, UT 84134** | - | | | | | | **Undetermined** | **Undetermined** |

Sheet __21__ of __24__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)    **0.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6E - Cont.
(04/04)

In re      **eSmokes, Inc.**                                                          ,        Case No. _____
                                                   Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | | | | | |
| Account No.<br><br>**Vermont Department of Taxes<br>109 State Street<br>Montpelier, VT 05609-1401** | - | | | | | | **Undetermined** | **Undetermined** |
| Account No.<br><br>**Vermont Dept of Taxation<br>Attn: Tami Furry<br>109 State Street<br>Montpelier, VT 05609** | - | | | | | | **Undetermined** | **Undetermined** |
| Account No.<br><br>**Virginia Dept of Taxation<br>Office of Customer Services<br>P.O. Box 1115<br>Richmond, VA 23218-1115** | - | | | | | | **Undetermined** | **Undetermined** |
| Account No.<br><br>**Virginia Tobacco Unit<br>P.O. Box 715<br>Richmond, VA 23218** | - | | | | | | **Undetermined** | **Undetermined** |
| Account No.<br><br>**Washington State Dept<br>of Revenue<br>Executive Office<br>P.O. Box 47450<br>Olympia, WA 98504-7450** | - | | | | | | **Undetermined** | **Undetermined** |

Sheet __22__ of __24__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)        **0.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                          Best Case Bankruptcy

Form B6E - Cont.
(04/04)

In re   **eSmokes, Inc.**                                                                        ,   Case No. _____
                                                          Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Tames and Certain Other Debts
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Washington State Special Programs, Tobacco Tax Division P.O. Box 47477 Olympia, WA 98504** | - | | | | | | **Undetermined** | **Undetermined** |
| Account No. **West Virginia Dept of Revenue State Tax Department Internal Auditing Div., Excise Unit 1001 Lee Street East Charleston, WV 25301** | - | | | | | | **Undetermined** | **Undetermined** |
| Account No. **West Virginia Dept of Revenue P.O. Box 963 Charleston, WV 25324-0963** | - | | | | | | **Undetermined** | **Undetermined** |
| Account No. **West Virginia Dept of Revenue State Tax Department Tobacco Tax Division 1001 Lee Street E. Charleston, WV 25301** | - | | | | | | **Undetermined** | **Undetermined** |
| Account No. **Wisconsin Dept of Revenue Office of the Secretary P.O. Box 8933 Mail Stop 624-A Madison, WI 53708-8933** | - | | | | | | **Undetermined** | **Undetermined** |

Sheet __23__ of __24__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)   **0.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Form B6E - Cont.
(04/04)

In re  **eSmokes, Inc.**                                                                   ,  Case No. _____
                                              Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**
_____
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Wisconsin Dept of Revenue Excise Tax Section P.O. Box 8900 Mail Drop 5-107 Madison, WI 53708-8900** | - | | | | | | **Undetermined** | **Undetermined** |
| Account No. **Wyoming Dept of Revenue Herschler Building 2nd Floor West Cheyenne, WY 82002-0110** | - | | | | | | **Undetermined** | **Undetermined** |
| Account No. **Wyoming Dept of Revenue Excise Tax Division Herschler Bldg., 2nd Floor W. 122 West 25th Street Cheyenne, WY 82002-0110** | - | | | | | | **Undetermined** | **Undetermined** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __24__ of __24__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | **0.00** | |
| Total (Report on Summary of Schedules) | **0.00** | |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                                      Best Case Bankruptcy

Form B6F
(12/03)

In re    **eSmokes, Inc.** _____ ,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**A&A Executive Center I, Inc.**<br>**c/o Cambridge**<br>**560 Herndon Parkway**<br>**Herndon, VA** | - | | | | | | **Undetermined** |
| Account No.<br><br>**AAMS**<br>**ABN Ambro Merchant Services LLC**<br>**1231 Durrett Lane**<br>**Louisville, KY 40213-2008** | - | | | | | X | **Undetermined** |
| Account No. **BM120014185**<br><br>**ACE Westchester Specialty Claims**<br>**1133 Avenue of the Americas, 38th Floor**<br>**New York, NY 10036** | - | | | | | | **Undetermined** |
| Account No.<br><br>**American Express**<br>**Establishment Services**<br>**P.O. Box 53773**<br>**Phoenix, AZ 85072-3773** | - | | | | | X | **Undetermined** |

__24__  continuation sheets attached

Subtotal
(Total of this page)                    **0.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    S/N:25467-050418   Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **eSmokes, Inc.** _____ ,    Case No. _____

Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **American Express** **200 Vesey St.** **3 World Financial Center** **New York, NY 10285-4902** | - | | | | | | **Undetermined** |
| Account No. **Axton Candy & Tobacco, LLC** **P.O. Box 32219** **Louisville, KY 40232-2219** | - | | | | | | **163,477.69** |
| Account No. **Eddie Beard** **26158 Winter Park Road** **Blanca, CO 81123** | - | | | | | | **140.00** |
| Account No. **Beechwood Partners, LLC** **901 Lampton Street** **Louisville, KY 40204** | - | | | | | | **Undetermined** |
| Account No. **Bell South - Kentucky** **P.O. Box 70529** **Charlotte, NC 28272-0529** | - | | | | | | **223.49** |

Sheet no. __1__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **163,841.18**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **eSmokes, Inc.**                                              ,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Bell South - North Carolina** **P.O. Box 70529** **Charlotte, NC 28272-0529** | - | | | | | | 181.39 |
| Account No. **C & B Distributors** **P.O. Box 275** **201 South Main Street** **Lowell, NC 28098** | - | | | | | | 100,017.93 |
| Account No. **CDW Direct, LLC** **P.O. Box 75723** **Chicago, IL 60675-5723** | - | | | | | | 850.79 |
| Account No. **Chambers Container Company** **P.O. Box 1000** **Dept 482** **Memphis, TN 38148-0482** | - | | | | | | 2,541.55 |
| Account No. **City of New York** **c/o Joseph Cordoza, Esq.** **100 Church St., Room 3-158** **New York, NY 10007** | - | | | | | X | Undetermined |

Sheet no. __2__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        103,591.66

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **eSmokes, Inc.** _____ ,   Case No. _____
                         Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Harold Clemmer** **P.O. Box 275** **201 South Main Street** **Lowell, NC 28098** | - | | | | | | **Undetermined** |
| Account No. **Commonwealth of Massachusetts** **Office of Attorney General** **Attn:  Mark R. Kmetz** **One Ashburton Place** **Boston, MA 02108** | - | | | | | | **Undetermined** |
| Account No. **Cox's Smokers Outlet IX, LLC** **410 Commercial Drive** **Suite 101** **Louisville, KY 40223** | - | | | | | | **16,520.00** |
| Account No. **Crystal Springs Water Company** **P.O. Box 530578** **Atlanta, GA 30353** | - | | | | | | **213.03** |
| Account No. **Cuban Crafters Cigars** **2313 N.W. 7th Avenue** **Miami, FL 33127** | - | | | | | | **679.22** |

Sheet no. __3__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **17,412.25**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **eSmokes, Inc.** _____ ,    Case No. _____
                                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Anthony Delelles 1000 Monroe Street Toledo, OH 43624** | - | | | | | | **690.00** |
| Account No. **Deputy Attorney General Laura Kaplan - State of California Department of Justice 1300 I Street, Suite 125 Sacramento, CA 94244** | - | | | | | | **Undetermined** |
| Account No. **Discount Cigarettes Shopping Guide 1387 N. Crestmont Drive Meridian, ID 83642** | - | | | | | | **1,400.00** |
| Account No. **Discover P.O. Box 3016 Berkey, OH 43504** | - | | | | | X | **Undetermined** |
| Account No. **Discover P.O. Box 15190 Wilmington, DE 19886-1018** | - | | | | | | **Undetermined** |

Sheet no. __4__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,090.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **eSmokes, Inc.** _____ ,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Discover** P.O. Box 30945 Salt Lake City, UT 84130-0945 | - | | | | | | **Undetermined** |
| Account No. **Duke Power** P.O. Box 70516 Charlotte, NC 28272-0516 | - | | | | | | **99.23** |
| Account No. **E Solutions Corporation** P.O. Box 82580 Tampa, FL 33682-2580 | - | | | | | | **1,434.60** |
| Account No. **Federal Express** P.O. Box 371461 Pittsburgh, PA 15250 | - | | | | | | **1,212.20** |
| Account No. **Thomas Fowler** 5502 Century Park Way San Jose, CA 95111 | - | | | | | | **468.00** |

Sheet no. __5__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **3,214.03**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **eSmokes, Inc.**                                    ,     Case No. _____
                           Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Glenn Smith Insurance Inc.** <br> **512 East Riverside Drive** <br> **Evansville, IN 47713** | - | | | | | | 110.00 |
| Account No. **Inv #19182997** <br><br> **Gordon & Rees, LLP** <br> **275 Battery Street** <br> **20th Floor** <br> **San Francisco, CA 94111** | - | | | | | | 141,458.31 |
| Account No. <br><br> **Christian Gordun** <br> **110 East End Avenue** <br> **New York, NY 10028** | - | | | | | | 90.00 |
| Account No. <br><br> **Guernsey Office Products, Inc.** <br> **P.O. Box 10846** <br> **Chantilly, VA 20153-0846** | - | | | | | | 604.39 |
| Account No. <br><br> **Homburger** <br> **Weinbergstrasse 56/58** <br> **CH-8006 Zurich** <br> **SWITZERLAND** | - | | | | | | 7,199.30 |

Sheet no. __6__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    149,462.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **eSmokes, Inc.**                                    , Case No. _____

                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Gilbert Horovitz**<br>**7701 East Osborn Road**<br>**Apt. 322W**<br>**Scottsdale, AZ 85251** | - | | | | | | 100.00 |
| Account No.<br><br>**Innovation Ads, Inc.**<br>**477 South Rosemary Avenue**<br>**Suite 301**<br>**West Palm Beach, FL 33401** | - | | | | | | 1,669.00 |
| Account No.<br><br>**Insight Communications**<br>**P.o. Box 740273**<br>**Cincinnati, OH 45274-0273** | - | | | | | | 105.90 |
| Account No.<br><br>**Patrick L. Jones**<br>**1348 Chetworth Court**<br>**Alexandria, VA 22314** | - | | | | | | 3,000.00 |
| Account No.<br><br>**Slava Kondakov**<br>**4363 Wilshire Blvd.**<br>**#A304**<br>**Mound, MN 55364** | - | | | | | | 230.00 |

Sheet no. __7__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          5,104.90

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **eSmokes, Inc.**                                                    ,          Case No. _____
                                      Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **LG&E P.O. Box 35590 Louisville, KY 40232-5590** | - | | | | | | 9.07 |
| Account No. **Erika Lorvick P.O. Box 94294 Seattle, WA 98124** | - | | | | | | 140.00 |
| Account No. **Sean Lowery 9020 Watchlight Court Columbia, MD 21045** | - | | | | | | 258.03 |
| Account No. **MacFarlane Ferguson & McMullen P.O. Box 1531 Tampa, FL 33601** | - | | | | | | 15,537.04 |
| Account No. **MasterCard 2000 Purchase St. Purchase, NY 10577** | - | | | | | X | **Undetermined** |

Sheet no. __**8**__ of __**24**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **15,944.14**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **eSmokes, Inc.**                                                              ,   Case No. _____
                                         Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**MCI** <br>**P.O. Box 856053** <br>**Louisville, KY 40285-6053** | - | | | | | | 142.67 |
| Account No. <br><br>**MCI Residential Service** <br>**P.O. Box 105271** <br>**Atlanta, GA 30348-5271** | - | | | | | | 46.17 |
| Account No. <br><br>**Nationwide Testing Assoc.** <br>**P.O. Box 1380** <br>**Huntersville, NC 28070** | - | | | | | | 76.00 |
| Account No. <br><br>**Netcom Data Southern Corp.** <br>**72 Thompson St.** <br>**Alpharetta, GA 30004** | - | | | | | X | Undetermined |
| Account No. <br><br>**NVOP Executive Center I, LLC** <br>**Dept. 4747** <br>**P.O. Box 85080** <br>**Richmond, VA 23285** | - | | **For informational purposes** | | | | 0.00 |

Sheet no. __**9**__ of __**24**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     264.84

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **eSmokes, Inc.** _____ ,    Case No. _____
                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Office of the Attorney General**<br>**Attn: Troy King**<br>**State House**<br>**11 South Union Street**<br>**Montgomery, AL 36130** | - | | | | | | **Undetermined** |
| Account No. <br><br>**Office of the Attorney General**<br>**Attn: David W. Marquez**<br>**Diamond Courthouse**<br>**P.O. Box 110300**<br>**Juneau, AK 99811-0300** | - | | | | | | **Undetermined** |
| Account No. <br><br>**Office of the Attorney General**<br>**Attn: Terry Goddard**<br>**1275 West Washington St.**<br>**Phoenix, AZ 85007** | - | | | | | | **Undetermined** |
| Account No. <br><br>**Office of the Attorney General**<br>**Attn: Mike Beebe**<br>**200 Tower Building**<br>**323 Center Street**<br>**Little Rock, AR 72201-2610** | - | | | | | | **Undetermined** |
| Account No. <br><br>**Office of the Attorney General**<br>**Attn: Bill Lockyer**<br>**1300 I Street, Suite 1740**<br>**Sacramento, CA 95814** | - | | | | | | **Undetermined** |

Sheet no. __**10**__ of __**24**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **eSmokes, Inc.**                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Office of the Attorney General** <br> **Attn:  John Suthers** <br> **1525 Sherman Street** <br> **Denver, CO 80203** | - | | | | | | **Undetermined** |
| Account No. <br><br> **Office of the Attorney General** <br> **Attn:  Richard Blumenthal** <br> **55 Elm Street** <br> **Hartford, CT 06141-0120** | - | | | | | | **Undetermined** |
| Account No. <br><br> **Office of the Attorney General** <br> **Attn:  M. Jane Brady** <br> **Carvel State Office Building** <br> **820 North French Street** <br> **Wilmington, DE 19801** | - | | | | | | **Undetermined** |
| Account No. <br><br> **Office of the Attorney General** <br> **Attn:  Robert Spagnoletti** <br> **John A. Wilson Building** <br> **1350 PA Ave., N.W., #409** <br> **Washington, DC 20009** | - | | | | | | **Undetermined** |
| Account No. <br><br> **Office of the Attorney General** <br> **Attn:  Charlie Crist** <br> **The Capitol - PL 01** <br> **Tallahassee, FL 32399-1050** | - | | | | | | **Undetermined** |

Sheet no. __11__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **0.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **eSmokes, Inc.**                                          ,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Office of the Attorney General Attn:  Thurbert E. Baker 40 Capitol Square, S.W. Atlanta, GA 30334-1300** | - | | | | | | **Undetermined** |
| Account No. | | | | | | | |
| **Office of the Attorney General Attn:  Mark J. Bennett 425 Queen Street Honolulu, HI 96813** | - | | | | | | **Undetermined** |
| Account No. | | | | | | | |
| **Office of the Attorney General Attn:  Lawrence Wasden Statehouse Boise, ID 83720-1000** | - | | | | | | **Undetermined** |
| Account No. | | | | | | | |
| **Office of the Attorney General Attn:  Lisa Madigan James R. Thompson Center 100 West Randolph Street Chicago, IL 60601** | - | | | | | | **Undetermined** |
| Account No. | | | | | | | |
| **Office of the Attorney General Attn:  Steve Carter Indiana Government Center South 402 W. Washington St., 5th Floor Indianapolis, IN 46204** | - | | | | | | **Undetermined** |

Sheet no. __12__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **eSmokes, Inc.**                                                  ,    Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Office of the Attorney General<br>Attn: Tom Miller<br>Hoover State Office Building<br>1305 East Walnut<br>Des Moines, IA 50319** | - | | | | | | **Undetermined** |
| Account No.<br><br>**Office of the Attorney General<br>Attn: Phill Kline<br>120 S. W. 10th Avenue<br>2nd Floor<br>Topeka, KS 66612-1597** | - | | | | | | **Undetermined** |
| Account No.<br><br>**Office of the Attorney General<br>Attn: Greg Stumbo<br>State Capitol<br>Room 116<br>Frankfort, KY 40601** | - | | | | | | **Undetermined** |
| Account No.<br><br>**Office of the Attorney General<br>Attn: Charles Foti<br>P.O. Box 94095<br>Baton Rouge, LA 70804-4095** | - | | | | | | **Undetermined** |
| Account No.<br><br>**Office of the Attorney General<br>Attn: G. Steven Rowe<br>State House Station 6<br>Augusta, ME** | - | | | | | | **Undetermined** |

Sheet no. __**13**__ of __**24**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re      **eSmokes, Inc.**_____ ,      Case No. _____
                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Office of the Attorney General Attn:  J. Joseph Curran Jr. 200 St. Paul Place Baltimore, MD 21202-2202** | - | | | | | | **Undetermined** |
| Account No. **Office of the Attorney General Attn:  Tom Reilly 1 Ashburton Place Boston, MA 02108-1698** | - | | | | | | **Undetermined** |
| Account No. **Office of the Attorney General Attn:   Mike Cox 525 West Ottawa Street Lansing, MI 48909-0212** | - | | | | | | **Undetermined** |
| Account No. **Office of the Attorney General Attn:   Mike Hatch State Capitol Suite 102 Saint Paul, MN 55155** | - | | | | | | **Undetermined** |
| Account No. **Office of the Attorney General Attn:  Jim Hood Department of Justice P.O. Box 220 Jackson, MS** | - | | | | | | **Undetermined** |

Sheet no. __**14**__ of __**24**__ sheets attached to Schedule of      Subtotal
Creditors Holding Unsecured Nonpriority Claims      (Total of this page)      **0.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re      **eSmokes, Inc.**                                              ,          Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Office of the Attorney General** <br> **Attn: Jeremiah W. (Jay) Nixon** <br> **Supreme Court Building** <br> **207 West High Street** <br> **Jefferson City, MO 65101** | - | | | | | | **Undetermined** |
| Account No. <br><br> **Office of the Attorney General** <br> **Attn: Mike McGrath** <br> **Justice Building** <br> **215 North Sanders** <br> **Helena, MT 59620-1401** | - | | | | | | **Undetermined** |
| Account No. <br><br> **Office of the Attorney General** <br> **Attn: Jon Bruning** <br> **State Capitol** <br> **P.O. Box 98920** <br> **Lincoln, NE 68509-8920** | - | | | | | | **Undetermined** |
| Account No. <br><br> **Office of the Attorney General** <br> **Attn: Brian Sandoval** <br> **Old Supreme Court Bilding** <br> **100 North Carson Street** <br> **Carson City, NV 89701** | - | | | | | | **Undetermined** |
| Account No. <br><br> **Office of the Attorney General** <br> **Attn: Kelly Ayotte** <br> **State House Annex** <br> **25 Capitol Street** <br> **Concord, NH 03301-6397** | - | | | | | | **Undetermined** |

Sheet no. __15__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **eSmokes, Inc.**                                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Office of the Attorney General**<br>**Attn:  Peter C. Harvey**<br>**Richard J. Hughes Justice Complex**<br>**25 Market St., CN 080**<br>**Trenton, NJ 08625** | - | | | | | | **Undetermined** |
| Account No.<br><br>**Office of the Attorney General**<br>**Attn:  Patricia A. Madrid**<br>**P.O. Drawer 1508**<br>**Santa Fe, NM 87504-1508** | - | | | | | | **Undetermined** |
| Account No.<br><br>**Office of the Attorney General**<br>**Attn:  Eliot Spitzer**<br>**Department of Law**<br>**The Capitol, 2nd Floor**<br>**Albany, NY 12224** | - | | | | | | **Undetermined** |
| Account No.<br><br>**Office of the Attorney General**<br>**Attn:  Roy Cooper**<br>**Department of Justice**<br>**P.O. Box 629**<br>**Raleigh, NC 27602-0629** | - | | | | | | **Undetermined** |
| Account No.<br><br>**Office of the Attorney General**<br>**Attn:  Wayne Stenehjem**<br>**State Capitol**<br>**600 East Boulevard Avenue**<br>**Bismarck, ND 58505-0040** | - | | | | | | **Undetermined** |

Sheet no. __16__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re      **eSmokes, Inc.**                                                   ,          Case No. _____
                                          Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **Office of the Attorney General Attn:  Jim Petro State Office Tower 30 East Broad Street Columbus, OH 43266-0410** | - | | | | | | **Undetermined** |
| Account No.  **Office of the Attorney General Attn:  W.A. Drew Edmondson State Capitol, Room 112 2300 North Lincoln Blvd. Oklahoma City, OK 73105** | - | | | | | | **Undetermined** |
| Account No.  **Office of the Attorney General Attn:  Hardy Myers Justice Building 1162 Court Street, NE Salem, OR 97301** | - | | | | | | **Undetermined** |
| Account No.  **Office of the Attorney General Attn:  Tom Corbett 1600 Strawberry Square Harrisburg, PA 17120** | - | | | | | | **Undetermined** |
| Account No.  **Office of the Attorney General Attn:  Patrick Lynch 150 South Main Street Providence, RI 02903** | - | | | | | | **Undetermined** |

Sheet no. __**17**__ of __**24**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 **0.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                              Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re      **eSmokes, Inc.**                                                    ,      Case No. _____
                                         Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Office of the Attorney General Attn:  Henry McMaster Rembert C. Dennis Office Building P.O. Box 11549 Columbia, SC 29211-1549** | - | | | | | | **Undetermined** |
| Account No. **Office of the Attorney General Attn:  Larry Long 500 East Capitol Pierre, SD 57501-5070** | - | | | | | | **Undetermined** |
| Account No. **Office of the Attorney General Attn:  Paul G. Summers 500 Charlotte Avenue Nashville, TN 37243** | - | | | | | | **Undetermined** |
| Account No. **Office of the Attorney General Attn:  Greg Abbott Capitol Station P.O. Box 12548 Austin, TX 78711-2548** | - | | | | | | **Undetermined** |
| Account No. **Office of the Attorney General Attn:  Mark Shurtleff State Capitol Room 236 Salt Lake City, UT 84114-0810** | - | | | | | | **Undetermined** |

Sheet no. __**18**_ of _**24**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **0.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **eSmokes, Inc.**
_____ ,    Case No. _____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Office of the Attorney General**<br>**Attn:  William H. Sorrell**<br>**109 State Street**<br>**Montpelier, VT 05609-1001** | - | | | | | | **Undetermined** |
| Account No.<br><br>**Office of the Attorney General**<br>**Attn:  Judith W. Jagdmann**<br>**900 East Main Street**<br>**Richmond, VA 23219** | - | | | | | | **Undetermined** |
| Account No.<br><br>**Office of the Attorney General**<br>**Attn:  Rob McKenna**<br>**900 Fourth Street**<br>**Suite 2000**<br>**Olympia, WA 98504-0100** | - | | | | | | **Undetermined** |
| Account No.<br><br>**Office of the Attorney General**<br>**Attn:   Darrell V. McGraw Jr.**<br>**State Capitol**<br>**1900 Kanawha Boulevard E.**<br>**Charleston, WV 25305** | - | | | | | | **Undetermined** |
| Account No.<br><br>**Office of the Attorney General**<br>**Attn:  Peg Lautenschlager**<br>**State Capitol**<br>**Suite 114 E.**<br>**Madison, WI 53707** | - | | | | | | **Undetermined** |

Sheet no. __**19**__ of __**24**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

Form B6F - Cont.
(12/03)

In re **eSmokes, Inc.** ,                                   Case No. _____
                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Office of the Attorney General**<br>**Attn: Pat Crank**<br>**State Capitol Building**<br>**Cheyenne, WY 82002** | - | | | | | | **Undetermined** |
| Account No. <br><br>**Office of the Attorney General**<br>**of District of Colombia**<br>**John A. Wilson Building**<br>**1350 PA Avenue, N.W., Ste 409**<br>**Washington, DC 20009** | - | | | | | | **Undetermined** |
| Account No. <br><br>**Overture Services, Inc.**<br>**P.O. Box 89-4147**<br>**Los Angeles, CA 90189-4147** | - | | | | | | **3,273.60** |
| Account No. <br><br>**Rumpke**<br>**P.O. Box 538708**<br>**Cincinnati, OH 45253** | - | | | | | | **162.55** |
| Account No. <br><br>**Alexey Rybalkin**<br>**Stepnoy-2-29-359**<br>**Karagranda 470070**<br>**Kazakhstan** | - | | | | | | **330.00** |

Sheet no. __20__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **3,766.15**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re      **eSmokes, Inc.**                                          ,      Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Safeguard Business Systems<br>P.O. Box 8000<br>Pepperell, MA 01463-8000** | - | | | | | | **99.69** |
| Account No.<br>**David M. Schifino<br>4607 Bay to Bay Blvd.<br>Tampa, FL 33629** | - | | | | | X | **Undetermined** |
| Account No.<br>**Sharp and Harrison<br>4890 W. Kennedy Blvd. #900<br>Tampa, FL 33609** | - | | | | | | **9,184.13** |
| Account No.<br>**Craig Siebert<br>2014 Quay Village Court<br>#201<br>Annapolis, MD 21403** | - | | | | | | **Undetermined** |
| Account No.<br>**Silverberg Goldman & Bikoff, LLP<br>1101 30th Street, N.W.<br>Georgetown Plaza<br>Washington, DC 20007** | - | | | | | | **188,950.46** |

Sheet no. __21__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **198,234.28**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **eSmokes, Inc.**                                                    ,   Case No. _____
                                                          Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Sylvester Spinetta** <br>**2124 21st Court** <br>**Jupiter, FL 33477** | - | | | | | | 80.00 |
| Account No. <br><br>**StaffMasters Inc.** <br>**P.O. Box 890451** <br>**Charlotte, NC 28289-0451** | - | | | | | | 2,471.97 |
| Account No. <br><br>**Staples** <br>**Dept 00-04032280** <br>**P.O. Box 6721** <br>**The Lakes, NV 88901-6721** | - | | | | | | 841.98 |
| Account No. <br><br>**Gabriel Tate** <br>**330 Winding River Drive** <br>**Unit H** <br>**Atlanta, GA 30350** | - | | | | | | 524.46 |
| Account No. <br><br>**Tobacco Outlet Products** <br>**6401 Carmel Road** <br>**Suite 205** <br>**Charlotte, NC 28226** | - | | | | | | 1,322.50 |

Sheet no. __22__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         5,240.91

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **eSmokes, Inc.**                                         ,    Case No. _____
                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Attilio Tonelli** <br> **Calzada de la Luz** <br> **25 San Miguel de Allende** <br> **Guanajuato 37700** <br> **MEXICO** | - | | | | | | 130.00 |
| Account No. <br><br> **U-Line** <br> **Accounts Receivable Dept** <br> **2200 S. Lakeside Drive** <br> **Waukegan, IL 60085** | - | | | | | | 4,563.27 |
| Account No. <br><br> **USA Today** <br> **P.O. Box 79002** <br> **Baltimore, MD 21279** | - | | | | | | 130.00 |
| Account No. <br><br> **Verizon Online** <br> **P.O. Box 12045** <br> **Trenton, NJ 08650** | - | | | | | | 1,367.96 |
| Account No. <br><br> **Visa** <br> **P.O. Box 194607** <br> **San Francisco, CA 94119-4607** | - | | | | | X | **Undetermined** |

Sheet no. __23__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **6,191.23**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **eSmokes, Inc.** _____ ,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Sanford Wilk**<br>**360 Riverway, #16**<br>**Boston, MA 02115** | | - | | | | | **190.00** |
| Account No. <br><br>**XO Communications**<br>**P.O. Box 828618**<br>**Philadelphia, PA 19182-8618** | | - | | | | | **Undetermined** |
| Account No. <br><br>**Xspedius Communications**<br>**8115 Innovation Way**<br>**Chicago, IL 60682-0081** | | - | | | | | **2,307.57** |
| Account No. <br><br>**Martin Zilinek**<br>**8. Aprila 382/8**<br>**90701 Myjava Slovak Republic**<br>**SLOVAKIA** | | - | | | | | **1,040.00** |
| Account No. <br><br>**Zippo Manufacturing Company**<br>**P.O. Box 360374**<br>**Pittsburgh, PA 15251** | | - | | | | | **1,810.50** |

Sheet no. __24__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | **5,348.07** |
| Total (Report on Summary of Schedules) | **679,705.64** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

In re    **eSmokes, Inc.**                                                    ,          Case No. _____
                                              Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:   A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
        schedule of creditors.

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **A&A Executive Center I, Inc.** **c/o Cambridge** **560 Herndon Parkway** **Herndon, VA** | **Lease of Virgina location** |
| **Beechwood Partners, LLC** **901 Lampton Street** **Louisville, KY 40204** | **Lease of Kentucky location** |
| **Harold Clemmer** **P.O. Box 275** **201 South Main Street** **Lowell, NC 28098** | **Lease of North Carolina location** |
| **XO Communications** **P.O. Box 828618** **Philadelphia, PA 19182-8618** | **Contract for services** |

___**0**___  continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

In re **eSmokes, Inc.**                                                     ,          Case No. _____

                                                  Debtor

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

■   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |

**0**   continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

In re __eSmokes, Inc.__                                  Case No. _____

                          Debtor(s)          Chapter    __11__

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __60__ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date __May 3, 2005__                    Signature  __/s/ Scott Welker__

                                                   **Scott Welker**
                                                   **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Form 7
(12/03)

# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

In re   **eSmokes, Inc.**                                          Case No. _____
                        Debtor(s)                       Chapter   **11**   _____

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐
State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| **$7,590,819.00** | **2005 Gross Revenues to date** |
| **$40,924,764.00** | **2004 Gross Revenues** |
| **$46,723,625.00** | **2003 Gross Revenues** |

**2. Income other than from employment or operation of business**

None
■
State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                            SOURCE

2

**3. Payments to creditors**

None ☐   a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **None out of the ordinary course of business.  Details available upon request.** | | **$0.00** | **$0.00** |

None ■   b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **People of the State of California vs. eSmokes, Inc. Case No. GIC 808195** | | **Superior Court of California, County of San Diego** | **Settled** |
| **State of Oregon ex rel Hardy Myers vs eSmokes, Inc. Case No. 03C12923** | | **Circuit Court of the State of Oregon for the County of Marion** | **Settled** |
| **Massachusetts v eSmokes, Inc. Case No. SUCV200-04429-B** | | **Commonwealth of Massachusetts, County of Suffolk, The Superior Court** | **Settled** |
| **The City of New York vs eSmokes, Inc., et. al. Case No. 03 CV 10091 (DAB)** | | **U.S. District Court for the Southern District of New York** | **Pending** |

None ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None ■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

3

**6. Assignments and receiverships**

None    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of
■      this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a
       joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|                          | DATE OF    |                                          |
| NAME AND ADDRESS OF ASSIGNEE | ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |

None    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately
■      preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
       property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
       filed.)

| | NAME AND LOCATION | | |
| NAME AND ADDRESS | OF COURT | DATE OF | DESCRIPTION AND VALUE OF |
| OF CUSTODIAN | CASE TITLE & NUMBER | ORDER | PROPERTY |

**7. Gifts**

None    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary
■      and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions
       aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by
       either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF | RELATIONSHIP TO | | DESCRIPTION AND |
| PERSON OR ORGANIZATION | DEBTOR, IF ANY | DATE OF GIFT | VALUE OF GIFT |

**8. Losses**

None    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or**
■      **since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both
       spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | DESCRIPTION OF CIRCUMSTANCES AND, IF | |
| DESCRIPTION AND VALUE | LOSS WAS COVERED IN WHOLE OR IN PART | |
| OF PROPERTY | BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |

**9. Payments related to debt counseling or bankruptcy**

None    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation
☐      concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately
       preceding the commencement of this case.

| | DATE OF PAYMENT, | AMOUNT OF MONEY |
| NAME AND ADDRESS | NAME OF PAYOR IF OTHER | OR DESCRIPTION AND VALUE |
| OF PAYEE | THAN DEBTOR | OF PROPERTY |
| **STICHTER, RIEDEL, BLAIN & PROSSER, P.A.** | | **$** |
| **110 E. Madison St., #200** | | |
| **Tampa, FL 33602** | | |

**10. Other transfers**

None    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred
■      either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under
       chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are
       separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, | | DESCRIBE PROPERTY TRANSFERRED |
| RELATIONSHIP TO DEBTOR | DATE | AND VALUE RECEIVED |

4

**11.  Closed financial accounts**

None    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or
☐      otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other
       financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds,
       cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must
       include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed,
       unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Wachovia Bank** | **#1307**<br>**#7456**<br>**#7605** | **March 31, 2005** |

**12.  Safe deposit boxes**

None    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year**
■      immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or
       depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
       filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the
■      commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both
       spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None    List all property owned by another person that the debtor holds or controls.
■

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None    If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor
■      occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate
       address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho,
■      Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the
       commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in
       the community property state.

NAME

5

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐ a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **ESM Holdings, Inc.** | | | | **July 1, 2003 to present** |

None
■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

6

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐
a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Enlow & Minsky**<br>**112 S. Armenia Ave.**<br>**Tampa, FL** | **1999 to November 2003** |
| **Lisa Smithson & Co.**<br>**1901 Ulmerton Rd. #750**<br>**Clearwater, FL 33762** | **November 2003 to present** |

None
■
b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
☐
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Lisa Smithson & Co.** | **1901 Ulmerton Rd. #750**<br>**Clearwater, FL 33762** |

None
☐
d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **State of California** | **May 2004** |

### 20. Inventories

None
☐
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| **January 2005** | **Scott Welker** | **North Carolina - $25,112.59**<br>**Kentucky - $180,164.23** |
| **February 2005** | **Scott Welker** | **North Carolina - $20,831.65**<br>**Kentucky - $165,879.87** |

None
☐
b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **January 2005** | **Scott Welker** |

7

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **February 2005** | **Scott Welker** |

### 21 . Current Partners, Officers, Directors and Shareholders

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Scott Welker** | **President** | |
| **Stephen Hove** | **CEO, Director** | **.2%** |
| **Infiniti Partners, FLP**<br>**1401 Calumet #200**<br>**Houston, TX 77004** | **Shareholder** | **36%** |
| **Concord Investments Family Ltd Partnership** | **Shareholder** | **14%** |
| **Countryside Retreat of Pinellas, Inc.** | **Shareholder** | **44%** |

### 22 . Former partners, officers, directors and shareholders

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None
☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Scott Welker**<br><br>   **President** | **Annual salary** | **$255,000** |
| **Stephen Hove**<br><br>   **CEO** | **Annual salary** | **$400,000** |

8

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                                TAXPAYER IDENTIFICATION NUMBER

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                        TAXPAYER IDENTIFICATION NUMBER

9

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **May 3, 2005**                                   Signature   **/s/ Scott Welker**
                                                                                **Scott Welker**
                                                                                **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

In re   **eSmokes, Inc.**                                                           ,      Case No. _____
                                   Debtor

                                                                                          Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **None** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___ **May  3, 2005** _____       Signature **/s/ Scott Welker** _____
                                                           **Scott Welker**
                                                           **President**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0** ____ continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

eSmokes, Inc.
35111 US 19 N.
Suite 207
Palm Harbor, FL 34684

Charles A. Postler, Bar No.
STICHTER, RIEDEL, BLAIN & PROSSER, P.A.
110 E. Madison St., #200
Tampa, FL 33602

Cynthia P. Burnette, Esq.
Assistant U.S. Trustee Office
501 E. Polk St., #1200
Tampa, FL 33602

A&A Executive Center I, Inc.
c/o Cambridge
560 Herndon Parkway
Herndon, VA

AAMS
ABN Ambro Merchant Services LLC
1231 Durrett Lane
Louisville, KY 40213-2008

ACE Westchester Specialty Claims
1133 Avenue of the Americas, 38th Floor
New York, NY 10036

Alabama Dept of Revenue
Sales, Use & Business Tax Division
Tobacco Tax Section
P.O. Box 327555
Montgomery, AL 36132-7555

Alabama Dept of Revenue
50 North Ripley Street
Montgomery, AL 36132

Alabama State Taxation Department
Tobacco Tax Division
P.O. Box 327555
Montgomery, AL 36132

Alaska Dept of Revenue
Admistrative Services Division
11th Floor State Office Building
333 Willoughby Avenue
Juneau, AK 99811-0410

Alaska Dept of Revenue
Tobacco Tax Division
550 West 7th Avenue
Suite 500
Anchorage, AK 99501

American Express
Establishment Services
P.O. Box 53773
Phoenix, AZ 85072-3773

American Express
200 Vesey St.
3 World Financial Center
New York, NY 10285-4902

Arizona Dept of Revenue
1600 West Monroe
Phoenix, AZ 85007

Arizona Dept of Revenue
Tobacco Tax Department
1600 West Monroe
Phoenix, AZ 85007

Arkansas Dept of Revenue
Tobacco Tax Division
P.O. Box 896
Little Rock, AR 72203

Arkansas Office of State
Revenue Administration
Regland Building, Room 2062
P.O. Box 1272
Little Rock, AR 72203

Axton Candy & Tobacco, LLC
P.O. Box 32219
Louisville, KY 40232-2219

Eddie Beard
26158 Winter Park Road
Blanca, CO 81123

Beechwood Partners, LLC
901 Lampton Street
Louisville, KY 40204

Bell South - Kentucky
P.O. Box 70529
Charlotte, NC 28272-0529

Bell South - North Carolina
P.O. Box 70529
Charlotte, NC 28272-0529

C & B Distributors
P.O. Box 275
201 South Main Street
Lowell, NC 28098

California State Board
of Equalization
450 N Street
Sacramento, CA 94279-0001

California State Board of Taxation
Dept of Excise Tax & Fees
MIC 51 -- Attn:  Vic Day
P.O. Box 942879
Sacramento, CA 94279-0056

CDW Direct, LLC
P.O. Box 75723
Chicago, IL 60675-5723

Chambers Container Company
P.O. Box 1000
Dept 482
Memphis, TN 38148-0482

City of New York
c/o Joseph Cordoza, Esq.
100 Church St., Room 3-158
New York, NY 10007

Harold Clemmer
P.O. Box 275
201 South Main Street
Lowell, NC 28098

Colorado Dept of Revenue
Executive Director's Office
1375 Sherman Street
Room 409
Denver, CO 80261

Colorado Dept of Revenue
Attn:  Donna Reyman
Tobacco Tax Division
1375 Sherman St., Rm 208
Denver, CO 80216

Commonwealth of Massachusetts
Office of Attorney General
Attn:  Mark R. Kmetz
One Ashburton Place
Boston, MA 02108

Commonwealth of Massachusetts
Department of Revenue
P.O. Box 7010
Boston, MA 02204

Comptroller of Maryland
Revenue Administration Division
110 Carroll Street
Annapolis, MD 21411

Connecticut Department
of Revenue Services
25 Sigourney Street
Hartford, CT 06106-5032

Connecticut Dept of Revenue
Attn:  Christine Bacon
25 Sigourney Street
17th Floor Audit Department
Hartford, CT 06106

Cox's Smokers Outlet IX, LLC
410 Commercial Drive
Suite 101
Louisville, KY 40223

Crystal Springs Water Company
P.O. Box 530578
Atlanta, GA 30353

Cuban Crafters Cigars
2313 N.W. 7th Avenue
Miami, FL 33127

Delaware Department of Finance
Division of Revenue
Carvel State Office Building
820 N. French St., 8th Floor
Wilmington, DE 19801

Delaware Dept of Revenue
Tobacco Tax Division
Attn:  Gene Davis
820 North French Street
Wilmington, DE 19801

Anthony Delelles
1000 Monroe Street
Toledo, OH 43624

Department of Revenue
Cigarette Excise Unit
Attn: Carmine Santoro, Supervisor
P.O. Box 7004
Boston, MA 02204

Department of Tax Administration
12000 Government Center Parkway
Fairfax, VA 22035

Deputy Attorney General
Laura Kaplan - State of California
Department of Justice
1300 I Street, Suite 125
Sacramento, CA 94244

Discount Cigarettes Shopping Guide
1387 N. Crestmont Drive
Meridian, ID 83642

Discover
P.O. Box 3016
Berkey, OH 43504

Discover
P.O. Box 15190
Wilmington, DE 19886-1018

Discover
P.O. Box 30945
Salt Lake City, UT 84130-0945

Duke Power
P.O. Box 70516
Charlotte, NC 28272-0516

E Solutions Corporation
P.O. Box 82580
Tampa, FL 33682-2580

Federal Bureau of Alcohol, Tobacco
 Firearms and Explosives
Office of Public & Governmental Affairs
650 Massachusetts Ave. NW, Rm 8290
Washington, DC 20226

Federal Express
P.O. Box 371461
Pittsburgh, PA 15250

Florida Dept of Revenue
1379 Blountstown Highway
Tallahassee, FL 32304-2716

Florida Division of Alcohol
and Tobacco - Room 709
400 West Robinson Street
North Tower, Hurston Bldg.
Orlando, FL 32801

Thomas Fowler
5502 Century Park Way
San Jose, CA 95111

Gaston County Tax Office
P.O. Box 1578
410D West Franklin Blvd.
Gastonia, NC 28053-1578

Georgia Dept of Revenue
1800 Century Center Blvd, N.E.
Atlanta, GA 30345-3205

Georgia Dept of Revenue
Alcohol & Tobacco Division
1800 Century Blvd. N.E.
Room 4235
Atlanta, GA 30359

Glenn Smith Insurance Inc.
512 East Riverside Drive
Evansville, IN 47713

Gordon & Rees, LLP
275 Battery Street
20th Floor
San Francisco, CA 94111

Christian Gordun
110 East End Avenue
New York, NY 10028

Guernsey Office Products, Inc.
P.O. Box 10846
Chantilly, VA 20153-0846

Hawaii Dept of Taxation
Attn:  Mr. Kawafuchi
P.O. Box 259
Honolulu, HI 96809

Homburger
Weinbergstrasse 56/58
CH-8006 Zurich
SWITZERLAND

Gilbert Horovitz
7701 East Osborn Road
Apt. 322W
Scottsdale, AZ 85251

Stephen Hove
35111 US 19 N. #207
Palm Harbor, FL 34684

Idaho State Tax Commission
P.O. Box 36
Boise, ID 83722-0410

Idaho State Taxing Authority
Attn:  Don Anderson
P.O. Box 36
Boise, ID 83722

Illinois Dept of Revenue
Williard Ice Building
101 West Jefferson Street
Springfield, IL 62702

Illinois Dept of Revenue
Attn:  Brian Spelman, 3-231
P.O. Box 19039
Springfield, IL 62794-9039

Illinois Dept of Revenue
James R. Thompson Center
100 West Randolph Street
Chicago, IL 60601-3274

Indiana Dept of Revenue
Criminal Investigation Division
Indiana Govt Center North
100 N. Senate Ave., Rm N181
Indianapolis, IN 46204

Indiana Dept of Revenue
100 North Senate Avenue
Indianapolis, IN 46204

Indiana Dept of Revenue
Attn:  Don Atteberry
100 North Senate Avenue
Room N-428
Indianapolis, IN 46204

Innovation Ads, Inc.
477 South Rosemary Avenue
Suite 301
West Palm Beach, FL 33401

Insight Communications
P.o. Box 740273
Cincinnati, OH 45274-0273

Internal Revenue Service
Spec Proc Br MC 5720 P&I I
400 W. Bay St., Ste 35045, Bkcy Sect
Jacksonville, FL 32202-4437

Iowa Dept of Revenue
P.O. Box 10457
Des Moines, IA 50306-0457

Iowa Dept of Revenue
P.O. Box 10456
Des Moines, IA 50306

Jefferson County Tax Office
531 Ct. Pl. Ste. 406
Louisville, KY 40202-3321

Patrick L. Jones
1348 Chetworth Court
Alexandria, VA 22314

Kansas Dept of Revenue
Docking State Office Building
915 S.W. Harrison Street
Topeka, KS 66612

Kansas Dept of Revenue
Attn:  Cigarette Tax Dept
915 S.W. Harrison
Topeka, KS 66625-2073

Kentucky Dept of Revenue
200 Fair Oaks Lane
Frankfort, KY 40620

Kentucky Dept of Revenue
P.O. Box 1301
Station 6B
Frankfort, KY 40602

Slava Kondakov
4363 Wilshire Blvd.
#A304
Mound, MN 55364

LG&E
P.O. Box 35590
Louisville, KY 40232-5590

Erika Lorvick
P.O. Box 94294
Seattle, WA 98124

Louisiana Dept of Revenue
617 North Third Street
Baton Rouge, LA 70821

Louisiana Dept of Revenue
Tobacco Tax Division
P.O. Box 201
Baton Rouge, LA 70821

Sean Lowery
9020 Watchlight Court
Columbia, MD 21045

MacFarlane Ferguson & McMullen
P.O. Box 1531
Tampa, FL 33601

Maine Revenue Services
24 State House Station
Augusta, ME 04333-0024

Maine Revenue Services
Cigarette Tax Division
P.O. Box 1065
Augusta, ME 04330

Maryland Tobacco Tax Admr
P.O. Box 2999
Annapolis, MD 21401

Massachusetts Dept of Revenue
Cigarette Tax Division
P.O. Box 7004
Boston, MA 02204

MasterCard
2000 Purchase St.
Purchase, NY 10577

MCI
P.O. Box 856053
Louisville, KY 40285-6053

MCI Residential Service
P.O. Box 105271
Atlanta, GA 30348-5271

Michigan Department
of Treasury
Lansing, MI 48922

Michigan Dept of Treasury
Discovery & Tax Enforcement Division
Attn:  Russell Venaska
P.O. Box 30140
Lansing, MI 48909

Minnesota Dept of Revenue
600 North Robert Street
Saint Paul, MN 55146

Minnesota Dept of Revenue
Special Tax Division
Attn:  Wayne Lang
P.O. Box 7033
St. Paul, MN 55167

Mississippi State Tax Authority
Attn:  Ronnie Lynch
P.O. Box 1033
Jackson, MS 39215

Mississippi State Tax Commission
P.O. Box 1033
Jackson, MS 39215-1033

Missouri Dept of Revenue
Harry S. Truman State Office Bldg
301 West High Street
Jefferson City, MO 65101

Missouri Taxation and
Collection Authority
Attn:  Cigarette Tax Division
P.O. Box 811
Jefferson City, MO 65105

Montana Dept of Revenue
P.O. Box 1712
Helena, MT 59604

Montana Dept of Revenue
Cigarette & Tobacco Tax Dept
P.O. Box 1712
Helena, MT 59604

Nationwide Testing Assoc.
P.O. Box 1380
Huntersville, NC 28070

Nebraska Dept of Revenue
Nebraska State Office Building
301 Centennial Mall South
Lincoln, NE 68509-4818

Nebraska Dept of Revenue
Tobacco Tax Division
Attn:  Cliff Thomas
P.O. Box 94818
Lincoln, NE 68509

Netcom Data Southern Corp.
72 Thompson St.
Alpharetta, GA 30004

Nevada Dept of Taxation
1550 East College Parkway
Suite 115
Carson City, NV 89706

Nevada Dept of Taxation
Attn:  Heidi Pettinger
1515 East College Park
Carson City, NV 89706

New Hampshire Dept of
Revenue Administration
45 Chenell Drive
Concord, NH 03302-0457

New Hampshire Dept of Revenue
Tobacco Tax Administrator
45 Chenell Drive
Concord, NH 03302

New Jersey Dept of Treasury
Division of Taxation
Attn:  Robert K. Thompson
P.O. Box 264
Trenton, NJ 08695-0264

New Jersey Division of Revenue
P.O. Box 628
Trenton, NJ 08646-0628

New Jersey Division of Taxation
Attn:  Lois Holman
Motor Fuel & Cigarette Tax Dept
P.O. Box 189
Trenton, NJ 08695

New Mexico Dept of Revenue
Cigarette Tax Office
P.O. Box 250123
Santa Fe, NM 87504

New Mexico Taxation and
Revenue Department
1100 South St. Francis Drive
Santa Fe, NM 87504-0630

New York Department of
Taxation and Finance
Building 9
W.A. Harriman Campus
Albany, NY 12227

New York Dept of Taxation & Finance
Attn:  Joseph Vanderlinden
W.A. Harriman Campus
TTTB- FACCTS- Desk Audit
Albany, NY 12227

North Carolina Dept of Revenue
P.O. Box 25000
Raleigh, NC 27640-0640

North Carolina Dept of Revenue
Attn:   Dianna Lee
Tobacco Tax Unit
P.O. Box 25000
Raleigh, NC 27602

North Dakota Office of
State Tax Commissioner
600 East Boulevard Avenue
Bismarck, ND 58505-0599

North Dakota Office of
the State Taxation Dept
Attn:   John Quinlan
600 East Boulevard
Bismarck, ND 58505

NVOP Executive Center I, LLC
Dept. 4747
P.O. Box 85080
Richmond, VA 23285

Office of the Attorney General
Attn:   Troy King
State House
11 South Union Street
Montgomery, AL 36130

Office of the Attorney General
Attn:  David W. Marquez
Diamond Courthouse
P.O. Box 110300
Juneau, AK 99811-0300

Office of the Attorney General
Attn:   Terry Goddard
1275 West Washington St.
Phoenix, AZ 85007

Office of the Attorney General
Attn:  Mike Beebe
200 Tower Building
323 Center Street
Little Rock, AR 72201-2610

Office of the Attorney General
Attn:  Bill Lockyer
1300 I Street, Suite 1740
Sacramento, CA 95814

Office of the Attorney General
Attn:  John Suthers
1525 Sherman Street
Denver, CO 80203

Office of the Attorney General
Attn:  Richard Blumenthal
55 Elm Street
Hartford, CT 06141-0120

Office of the Attorney General
Attn:  M. Jane Brady
Carvel State Office Building
820 North French Street
Wilmington, DE 19801

Office of the Attorney General
Attn:  Robert Spagnoletti
John A. Wilson Building
1350 PA Ave., N.W., #409
Washington, DC 20009

Office of the Attorney General
Attn:  Charlie Crist
The Capitol - PL 01
Tallahassee, FL 32399-1050

Office of the Attorney General
Attn:  Thurbert E. Baker
40 Capitol Square, S.W.
Atlanta, GA 30334-1300

Office of the Attorney General
Attn:  Mark J. Bennett
425 Queen Street
Honolulu, HI 96813

Office of the Attorney General
Attn:  Lawrence Wasden
Statehouse
Boise, ID 83720-1000

Office of the Attorney General
Attn:  Lisa Madigan
James R. Thompson Center
100 West Randolph Street
Chicago, IL 60601

Office of the Attorney General
Attn:   Steve Carter
Indiana Government Center South
402 W. Washington St., 5th Floor
Indianapolis, IN 46204

Office of the Attorney General
Attn:   Tom Miller
Hoover State Office Building
1305 East Walnut
Des Moines, IA 50319

Office of the Attorney General
Attn:  Phill Kline
120 S. W. 10th Avenue
2nd Floor
Topeka, KS 66612-1597

Office of the Attorney General
Attn:   Greg Stumbo
State Capitol
Room 116
Frankfort, KY 40601

Office of the Attorney General
Attn:   Charles Foti
P.O. Box 94095
Baton Rouge, LA 70804-4095

Office of the Attorney General
Attn:  G. Steven Rowe
State House Station 6
Augusta, ME

Office of the Attorney General
Attn:  J. Joseph Curran Jr.
200 St. Paul Place
Baltimore, MD 21202-2202

Office of the Attorney General
Attn:  Tom Reilly
1 Ashburton Place
Boston, MA 02108-1698

Office of the Attorney General
Attn:   Mike Cox
525 West Ottawa Street
Lansing, MI 48909-0212

Office of the Attorney General
Attn:   Mike Hatch
State Capitol
Suite 102
Saint Paul, MN 55155

```
Office of the Attorney General
Attn:  Jim Hood
Department of Justice
P.O. Box 220
Jackson, MS

Office of the Attorney General
Attn:  Jeremiah W. (Jay) Nixon
Supreme Court Building
207 West High Street
Jefferson City, MO 65101

Office of the Attorney General
Attn:  Mike McGrath
Justice Building
215 North Sanders
Helena, MT 59620-1401

Office of the Attorney General
Attn:   Jon Bruning
State Capitol
P.O. Box 98920
Lincoln, NE 68509-8920

Office of the Attorney General
Attn:  Brian Sandoval
Old Supreme Court Bilding
100 North Carson Street
Carson City, NV 89701

Office of the Attorney General
Attn:  Kelly Ayotte
State House Annex
25 Capitol Street
Concord, NH 03301-6397

Office of the Attorney General
Attn:   Peter C. Harvey
Richard J. Hughes Justice Complex
25 Market St., CN 080
Trenton, NJ 08625

Office of the Attorney General
Attn:  Patricia A. Madrid
P.O. Drawer 1508
Santa Fe, NM 87504-1508

Office of the Attorney General
Attn:  Eliot Spitzer
Department of Law
The Capitol, 2nd Floor
Albany, NY 12224
```

Office of the Attorney General
Attn:  Roy Cooper
Department of Justice
P.O. Box 629
Raleigh, NC 27602-0629

Office of the Attorney General
Attn:  Wayne Stenehjem
State Capitol
600 East Boulevard Avenue
Bismarck, ND 58505-0040

Office of the Attorney General
Attn:   Jim Petro
State Office Tower
30 East Broad Street
Columbus, OH 43266-0410

Office of the Attorney General
Attn:  W.A. Drew Edmondson
State Capitol, Room 112
2300 North Lincoln Blvd.
Oklahoma City, OK 73105

Office of the Attorney General
Attn:  Hardy Myers
Justice Building
1162 Court Street, NE
Salem, OR 97301

Office of the Attorney General
Attn:  Tom Corbett
1600 Strawberry Square
Harrisburg, PA 17120

Office of the Attorney General
Attn:  Patrick Lynch
150 South Main Street
Providence, RI 02903

Office of the Attorney General
Attn:  Henry McMaster
Rembert C. Dennis Office Building
P.O. Box 11549
Columbia, SC 29211-1549

Office of the Attorney General
Attn:  Larry Long
500 East Capitol
Pierre, SD 57501-5070

Office of the Attorney General
Attn:  Paul G. Summers
500 Charlotte Avenue
Nashville, TN 37243

Office of the Attorney General
Attn:  Greg Abbott
Capitol Station
P.O. Box 12548
Austin, TX 78711-2548

Office of the Attorney General
Attn:  Mark Shurtleff
State Capitol
Room 236
Salt Lake City, UT 84114-0810

Office of the Attorney General
Attn: William H. Sorrell
109 State Street
Montpelier, VT 05609-1001

Office of the Attorney General
Attn: Judith W. Jagdmann
900 East Main Street
Richmond, VA 23219

Office of the Attorney General
Attn: Rob McKenna
900 Fourth Street
Suite 2000
Olympia, WA 98504-0100

Office of the Attorney General
Attn:  Darrell V. McGraw Jr.
State Capitol
1900 Kanawha Boulevard E.
Charleston, WV 25305

Office of the Attorney General
Attn: Peg Lautenschlager
State Capitol
Suite 114 E.
Madison, WI 53707

Office of the Attorney General
Attn: Pat Crank
State Capitol Building
Cheyenne, WY 82002

Office of the Attorney General
of District of Colombia
John A. Wilson Building
1350 PA Avenue, N.W., Ste 409
Washington, DC 20009

Ohio Department of Taxation
Tax Commissioner's Office
30 East Broad Street
22nd Floor
Columbus, OH 43215

Ohio Division of Excise
and Motor Fuel Tax
P.O. Box 530
Columbus, OH 43216-0530

Oklahoma Dept of Revenue
Tobacco Tax Division
Attn:   Kay Burkhalter
3017 North Stiles
Oklahoma City, OK 73194

Oklahoma Tax Commission
P.O. Box 26920
Oklahoma City, OK 73126-0920

Oregon Dept of Revenue
955 Center Street N.E.
Salem, OR 97301

Oregon Dept of Revenue
Tobacco Tax Division
Attn:   Roger Randolph
955 Center Street N.E.
Salem, OR 97301

Overture Services, Inc.
P.O. Box 89-4147
Los Angeles, CA 90189-4147

Pennsylvania Dept of Revenue
1133 Strawberry Square
Harrisburg, PA 17128-1100

Pennsylvania Dept of Revenue
Cigarette Tax - 9th Floor
P.O. Box 280909
Harrisburg, PA 17128

Pinellas County Property Appraiser
Tangible Personal Property Department
P.O. Box 1957
Clearwater, FL 33757-1957

Rhode Island Dept of Revenue
Division of Taxation
One Capitol Hill
Providence, RI 02908

Rhode Island Division of Taxation
One Capitol Hill
Providence, RI 02908

Rumpke
P.O. Box 538708
Cincinnati, OH 45253

Alexey Rybalkin
Stepnoy-2-29-359
Karagranda 470070
Kazakhstan

Safeguard Business Systems
P.O. Box 8000
Pepperell, MA 01463-8000

David M. Schifino
4607 Bay to Bay Blvd.
Tampa, FL 33629

Sharp and Harrison
4890 W. Kennedy Blvd. #900
Tampa, FL 33609

Craig Siebert
2014 Quay Village Court
#201
Annapolis, MD 21403

Silverberg Goldman & Bikoff, LLP
1101 30th Street, N.W.
Georgetown Plaza
Washington, DC 20007

South Carolina Dept of Revenue
301 Gervais Street
Columbia, SC 29214

South Carolina Dept of Revenue
Tobacco Tax Division
P.O. Box 125
Columbia, SC 29214

South Dakota Dept of
Revenue and Regulation
445 East Capital Avenue
Pierre, SD 57501-3185

South Dakota Dept of Revenue
Special Tax Dept
445 East Capitol Avenue
Pierre, SD 57501

Sylvester Spinetta
2124 21st Court
Jupiter, FL 33477

StaffMasters Inc.
P.O. Box 890451
Charlotte, NC 28289-0451

Staples
Dept 00-04032280
P.O. Box 6721
The Lakes, NV 88901-6721

Gabriel Tate
330 Winding River Drive
Unit H
Atlanta, GA 30350

Tennessee Dept of Revenue
500 Deaderick Street
Nashville, TN 37242

Tennessee Dept of Revenue
Attn:  Tobacco Tax
Andrew Jackson Office Building
500 Deadarich Street
Nashville, TN 37242

Texas Comptroller of
Public Accounts
P.O. Box 13528, Capitol Station
Austin, TX 78711-3528

Texas Dept of Revenue
Attn:  Tobacco Tax Section
111 East 17th Street
Austin, TX 78774

Tobacco Outlet Products
6401 Carmel Road
Suite 205
Charlotte, NC 28226

Attilio Tonelli
Calzada de la Luz
25 San Miguel de Allende
Guanajuato 37700
MEXICO

U-Line
Accounts Receivable Dept
2200 S. Lakeside Drive
Waukegan, IL 60085

U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001

USA Today
P.O. Box 79002
Baltimore, MD 21279

Utah Dept of Revenue
Tobacco Tax Division
Attn:  Andy Koffman
210 North 1950 West
Salt Lake City, UT 84134

Utah State Tax Commission
210 North 1950 West
Salt Lake City, UT 84134

Verizon Online
P.O. Box 12045
Trenton, NJ 08650

Vermont Department of Taxes
109 State Street
Montpelier, VT 05609-1401

Vermont Dept of Taxation
Attn:  Tami Furry
109 State Street
Montpelier, VT 05609

Virginia Dept of Taxation
Office of Customer Services
P.O. Box 1115
Richmond, VA 23218-1115

Virginia Tobacco Unit
P.O. Box 715
Richmond, VA 23218

Visa
P.O. Box 194607
San Francisco, CA 94119-4607

Washington State Dept
of Revenue
Executive Office
P.O. Box 47450
Olympia, WA 98504-7450

Washington State Special
Programs, Tobacco Tax Division
P.O. Box 47477
Olympia, WA 98504

West Virginia Dept of Revenue
State Tax Department
Internal Auditing Div., Excise Unit
1001 Lee Street East
Charleston, WV 25301

West Virginia Dept of Revenue
P.O. Box 963
Charleston, WV 25324-0963

West Virginia Dept of Revenue
State Tax Department
Tobacco Tax Division
1001 Lee Street E.
Charleston, WV 25301

Sanford Wilk
360 Riverway, #16
Boston, MA 02115

Wisconsin Dept of Revenue
Office of the Secretary
P.O. Box 8933
Mail Stop 624-A
Madison, WI 53708-8933

Wisconsin Dept of Revenue
Excise Tax Section
P.O. Box 8900
Mail Drop 5-107
Madison, WI 53708-8900

Wyoming Dept of Revenue
Herschler Building
2nd Floor West
Cheyenne, WY 82002-0110

Wyoming Dept of Revenue
Excise Tax Division
Herschler Bldg., 2nd Floor W.
122 West 25th Street
Cheyenne, WY 82002-0110

XO Communications
P.O. Box 828618
Philadelphia, PA 19182-8618

Xspedius Communications
8115 Innovation Way
Chicago, IL 60682-0081

Martin Zilinek
8. Aprila 382/8
90701 Myjava Slovak Republic
SLOVAKIA

Zippo Manufacturing Company
P.O. Box 360374
Pittsburgh, PA 15251

# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

In re   **eSmokes, Inc.**                                          Case No.

Debtor(s)                        Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ **0.00** |
| Prior to the filing of this statement I have received | $ **0.00** |
| Balance Due | $ **0.00** |

2.   $ **0.00**  of the filing fee has been paid.

3.   The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

4.   The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtor in any discharge or dischargeability action, any other adversary proceeding, or any contested matter.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **May  3, 2005**                          **/s/ Charles A. Postler, Bar No. 455318**

**Charles A. Postler, Bar No. 455318**
**STICHTER, RIEDEL, BLAIN & PROSSER, P.A.**
**110 E. Madison St., #200**
**Tampa, FL 33602**
**(813) 229-0144  Fax: (813) 229-1811**

---